**No. 09-9000. Henry W. Skinner, Petitioner v. Lynn Switzer, District Attorney for the 31st Judicial District of Texas.**

560 U.S. 924, 130 S. Ct. 3323, 176 L. Ed. 2d 1219, 2010 U.S. LEXIS 4231.

May 24, 2010. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.

Same case below, 363 Fed. Appx. 302.

**No. 08-1131. Sophal Phon, Petitioner v. Kentucky.**

560 U.S. 924, 130 S. Ct. 3319, 176 L. Ed. 2d 1219, 2010 U.S. LEXIS 4281.

May 24, 2010. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 08-10940. Mariano Diaz, Jr., Petitioner v. California.**

560 U.S. 924, 130 S. Ct. 3319, 176 L. Ed. 2d 1219, 2010 U.S. LEXIS 4196.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

**No. 09-697. Tom Robinson, et al., Petitioners v. Candace Lehman, Administrator of the Estate of Joshua Lehman.**

560 U.S. 924, 130 S. Ct. 3319, 176 L. Ed. 2d 1219, 2010 U.S. LEXIS 4241.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 346 Fed. Appx. 188.

**No. 09-745. Dennis Andrews, et al., Petitioners v. Roger Fairley, et al.**

560 U.S. 924, 130 S. Ct. 3320, 176 L. Ed. 2d 1219, 2010 U.S. LEXIS 4346.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 578 F.3d 518.

**No. 09-750. Textron Inc. and Subsidiaries, Petitioner v. United States.**

560 U.S. 924, 130 S. Ct. 3320, 176 L. Ed. 2d 1219, 2010 U.S. LEXIS 4373.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 577 F.3d 21.

**No. 09-774. Dejan Kostic, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 924, 130 S. Ct. 3320, 176 L. Ed. 2d 1219, 2010 U.S. LEXIS 4210.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 340 Fed. Appx. 249.